Robert V. De Mont, as Administrator of Estate of Robert Leon De Mont, Deceased, Plaintiff-Appellee, v. Clarence L. Mertes and Benjamin Polen and Harry Polen, a Partnership, Trading as Aurora Home Furnishing Company, Defendants-Appellants.

Gen. No. 10,656.

Allen, Matthews, Jordan & Dean, for appellants; G. E. Jordan, and Olney C. Allen, of counsel; Reid & Ochsenschlager, for appellee; Lambert M. Ochsenschlager, and William C. Murphy, of counsel. Opinion by PRESIDING JUSTICE DOVE. Not to be published in full. Opinion filed July 2, 1953; released for publication July 20, 1953.